IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:                                         *        Case no 19-24298
    WALTER STURGILL                  *        Chapter 13

    Debtor(s).                             *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MTGLQ INVESTORS LLC
    Movant,
vs.

WALTER STURGILL
    Debtor/Respondent,

*    *    *    *    *    *    *    *    *    *    *    *    *

**RESPONSE TO MOTION FOR RELIEF FROM STAY TO RECLAIM SECURITY**

    Now comes the Debtor (the "Respondent"), through attorney, Jeffrey M. Sirody, and responds to the *Motion For Relief From Stay to Reclaim Security* as follows:

    1)    The Debtor admits the allegations contained in Paragraphs 1 through 7 of the Motion.

    2)    The Debtor denies the allegations contained in Paragraph 8 through 12 of the Motion.

    WHEREFORE, the Debtor requests that the Court deny the Motion.

                                           ___/s/ Jeffrey M. Sirody
                                           Jeffrey M. Sirody, Bar ID # 11715
                                           Jeffrey M. SIrody & Associates
                                           1777 Reisterstown Road, Suite 360 E
                                           Baltimore, MD 21208
                                           (410) 415-0445
                                           Attorney for Debtor/Respondent

## **CERTIFICATE OF MAILING**

`        I HEREBY CERTIFY that on this, the 23rd  day of January, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Response to Motion For  Relief From Stay to Reclaim Security* will be served electronically by the Court's CM/ECF system to the following:

Mark David Meyer bankruptcy@rosenberg-assoc.com

Robert S. Thomas ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com



                                                 ___/s/_____
                                                 Jeffrey M. Sirody, Esquire